

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00137-CV

**IN RE STONEBROOK MANOR, SNF, LLC**, d/b/a Advanced Rehabilitation Healthcare of Live Oak, LLC f/k/a Stonebrook Manor at Broadway

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Rebeca C. Martinez, Justice

The Real Party in Interest's Unopposed Motion for Extension of Time to File Response to Relator's Petition for Writ of Mandamus is hereby GRANTED. Time is extended to March 26, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-19392, styled *Janet Baxter, As Next Friend of Ella Baxter, An Incapacitated Person v. Stonebrook Manor SNF, LLC d/b/a Advanced Rehabilitation Healthcare of Live Oak, LLC f/k/a Stonebrook Manor at Broadway*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.